# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 13-47061 |
| | ) | |
| Markiewicz, Jennifer R. | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

## CERTIFICATE OF SERVICE

To:   See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) (Docket No. 29)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated: May 19, 2016                    　 　 */s/ Joji Takada*
                                             Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

## SERVICE LIST

| | | |
|---|---|---|
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 |
| Portfolio Recovery<br>Associates, LLC successor to<br>CAPITAL ONE, NA<br>POB 41067<br>Norfolk VA 23541 | Capital One Auto Finance<br>a division of Capital One, N.A.<br>P.O. Box 201347<br>Arlington, TX 76006 | Jennifer Markiewicz<br>2204 Woodview Ave.<br>Joliet, Il  60431 |

| | |
|---|---|
| Christopher N. Ackeret<br>chris@debtandinjurylaw.com,<br>cackeret@skdaglaw.com | Patrick S Layng<br>USTPRegion11.ES.ECF@usdoj.gov |