# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jennifer R. Markiewicz | § | Case No. 13-47061 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 11,700.00                    Assets Exempt: 24,600.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,496.20      Claims Discharged
                                                Without Payment: 89,897.93

Total Expenses of Administration: 18,503.80

---

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 14,144.00 | $ 14,772.24 | $ 938.06 | $ 938.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,503.80 | 18,503.80 | 18,503.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,619.16 | 33,692.91 | 33,692.91 | 5,558.14 |
| **TOTAL DISBURSEMENTS** | $ 61,763.16 | $ 66,968.95 | $ 53,134.77 | $ 25,000.00 |

4)  This case was originally filed under chapter 7 on 12/09/2013 . The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017            By:/s/Joji Takada, Chapter 7 Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit.  Internal Injuries But Claim Is Dis | 1142-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Markiewicz, Jennifer | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance 3905 Dallas Pkwy Plano, TX 75093 | | 14,144.00 | NA | NA | 0.00 |
| 7 | Capital One Auto Finance | 4210-000 | NA | 13,834.18 | 0.00 | 0.00 |
| | Country Financial | 4210-000 | NA | 938.06 | 938.06 | 938.06 |
| **TOTAL SECURED CLAIMS** | | | **$ 14,144.00** | **$ 14,772.24** | **$ 938.06** | **$ 938.06** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Joji Takada | 2200-000 | NA | 19.83 | 19.83 | 19.83 |
| Associated Bank | 2600-000 | NA | 94.37 | 94.37 | 94.37 |
| O'Connor Law Group | 3210-000 | NA | 13,333.33 | 13,333.33 | 13,333.33 |
| O'Connor Law Group | 3220-000 | NA | 1,806.27 | 1,806.27 | 1,806.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,503.80 | $ 18,503.80 | $ 18,503.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |


| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AVA Women's Health 675 W North Ave Suite 101 Melrose Park, IL 60160 | | 766.00 | NA | NA | 0.00 |
| | Capital One PO Box 30253 Salt Lake City, UT 84130 | | 4,379.00 | NA | NA | 0.00 |
| | Card Member Services PO BOX 108 Saint Louis, MO 63166 | | 3,274.00 | NA | NA | 0.00 |
| | Card Member Services PO BOX 108 Saint Louis, MO 63166 | | 6,188.00 | NA | NA | 0.00 |
| | Citicards CBNA Attn: Bankruptcy Dept. 701 E. 60th St. N Sioux Falls, SD 57104 | | 947.00 | NA | NA | 0.00 |
| | Comenity / Limited PO Box 182789 Columbus, OH 43218 | | 113.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank / Harlem PO Box 182789 Columbus, OH 43218 | | 1,288.00 | NA | NA | 0.00 |
| | Comenity Bank / New York & CO. PO Box 182789 Columbus, OH 43218 | | 84.00 | NA | NA | 0.00 |
| | Disccover Fin Svcs LLC. Attn: Bankruptcy Dept. PO Box 15316 Wilmington, DE 19850 | | 5,004.00 | NA | NA | 0.00 |
| | Disney Movie Club PO Box 738 Neenah, WI 54957-0738 | | 28.60 | NA | NA | 0.00 |
| | Emergency Healthcare Phys B PO Box 366 Hinsdale, IL 60522 | | 47.52 | NA | NA | 0.00 |
| | Gottlieb Memorial Hospital Attn: Bankruptcy Dept. PO Box 74867 Chicago, IL 60694 | | 391.00 | NA | NA | 0.00 |
| | Keynote Consulting 220 W. Campus Dr. Ste. 102 Arlington Heights, IL 60004 | | 280.00 | NA | NA | 0.00 |
| | Loyola University Health Center PO Box 3266 Milwaukee, WI 53201-3266 | | 60.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medicredit, Inc. PO Box 1022 Wixom, MI 48393 | | 161.00 | NA | NA | 0.00 |
| | Robert Morris College 181 Montour Run Road Coraopolis, PA 15108 | | 2,138.00 | NA | NA | 0.00 |
| | Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773 | | 22,470.00 | NA | NA | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | NA | 5,004.76 | 5,004.76 | 825.61 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 4,336.41 | 4,336.41 | 715.34 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 113.46 | 113.46 | 18.72 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 84.74 | 84.74 | 13.98 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,361.91 | 1,361.91 | 224.67 |
| 5 | Sallie Mae | 7100-000 | NA | 18,535.65 | 18,535.65 | 3,057.73 |
| 6 | Sallie Mae | 7100-000 | NA | 4,255.98 | 4,255.98 | 702.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 47,619.16 | $ 33,692.91 | $ 33,692.91 | $ 5,558.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-47061 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Jennifer R. Markiewicz | | | | Date Filed (f) or Converted (c): | 12/09/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/13/2014 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 05/01/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand | 5.00 | 0.00 | | 0.00 | FA |
| 2. Us Bank Savings Account | 25.00 | 0.00 | | 0.00 | FA |
| 3. Us Bank Checking Account | 170.00 | 0.00 | | 0.00 | FA |
| 4. Various & Sundry Home Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Ring | 800.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance Through Employer Beneficiary: Children | 0.00 | 0.00 | | 0.00 | FA |
| 8. Fidelty 401(K) | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Back Child Support From Non-Custodial Parent; Unliquidated | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2013 Federal And State Tax Refund, If Any | 0.00 | 0.00 | | 0.00 | FA |
| 11. Personal Injury Lawsuit. Internal Injuries But Claim Is Dis | 0.00 | 0.00 | | 40,000.00 | FA |
| 12. 2013 Hyundai Elantra | 16,600.00 | 56.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $21,300.00 $56.00 $40,000.00 $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

123013--Litigation value of $1.00 because value is speculative at this time.

012914--Trustee has spoken with personal injury attorney; PI claim consists of medical bills over $100,000; Trustee to hire PI attorney and monitor case for resolution/settlement.

Email correspondence with B. O'connor PI attorney re: current status of case. - Joji Takada 8/20/2014

From PI counsel: parties' depositions have been completed, and defense counsel has recently subpoenaed my client's treating physicians for depositions. This process will take 4-5 months or thereabouts, and then we'll have an idea at that time whether case can be settled. -- Joji Takada 11/30/2014

Email correspondence with B. O'connor PI attorney re: current status of case.  - Joji Takada 4/8/2015

Telephone conference with B. O'connonr; Case proceeding and scheduled for trial in the next few months. - Joji Takada 7/27/2015

Settlement offer received; Motion to approve settlement filed and granted. - Joji Takada 11/3/2015

TFR in process. - Joji Takada 12/22/2015

Distributions made; Checks awaiting to clear. - Joji Takada 7/24/2016

TDR in process. - Joji Takada 11/20/2016


Initial Projected Date of Final Report (TFR): 12/09/2015        Current Projected Date of Final Report (TFR): 12/09/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-47061 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Jennifer R. Markiewicz | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0155 |
| | | Checking |
| Taxpayer ID No: XX-XXX2868 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/15 | 11 | Commerce and Industry Insurance Co. | Settlement payment re personal injury claim | 1142-000 | $40,000.00 | | $40,000.00 |
| 10/20/15 | 1001 | O'Connor Law Group<br>221 N. LaSalle Street<br>Suite 1050<br>Chicago, IL 60601<br>Attn: Bryan J O'Connor | Payment to trustee professional<br><br>Special counsel contingency fee | 3210-000 | | $13,333.33 | $26,666.67 |
| 10/20/15 | 1002 | O'Connor Law Group<br>221 N. LaSalle Street<br>Suite 1050<br>Chicago, IL 60601<br>Attn: Bryan J O'Connor | Payment to trustee professional<br><br>Special counsel expenses | 3220-000 | | $1,806.27 | $24,860.40 |
| 10/20/15 | 1003 | Country Financial<br>Subrogation Department<br>PO Box 2100<br>Bloomington, Illinois 61702<br>Attn: Mike Solomon | Medical lien payoff<br>Negotiated settlement of medical lien | 4210-000 | | $938.06 | $23,922.34 |
| 10/20/15 | 1004 | Markiewicz, Jennifer<br>c/o Debt and Injury Law Center<br>One North LaSalle, Suite 450<br>Chicago, Illinois 60602<br>Attn: Christopher Ackert | Exemption<br>Debtor's personal bodily injury exemption | 8100-002 | | $15,000.00 | $8,922.34 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.01 | $8,899.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.53 | $8,879.80 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.20 | $8,866.60 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $8,853.42 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.31 | $8,841.11 |

Page Subtotals:    $40,000.00    $31,158.89

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-47061  
Case Name: Jennifer R. Markiewicz  
Taxpayer ID No: XX-XXX2868  
For Period Ending: 04/07/2017  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0155  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.14 | $8,827.97 |
| 07/08/16 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $3,250.00 | $5,577.97 |
| 07/08/16 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $19.83 | $5,558.14 |
| 07/08/16 | 1007 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $825.61 | $4,732.53 |
| 07/08/16 | 1008 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $18.72 | $4,713.81 |
| 07/08/16 | 1009 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $13.98 | $4,699.83 |
| 07/08/16 | 1010 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $224.67 | $4,475.16 |
| 07/08/16 | 1011 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, Pa 18706 | Final distribution per court order. | 7100-000 | | $3,057.73 | $1,417.43 |
| 07/08/16 | 1012 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, Pa 18706 | Final distribution per court order. | 7100-000 | | $702.09 | $715.34 |
| 07/08/16 | 1013 | Portfolio Recovery Associates, Llc Successor To<br>Capital One, National Association (Capital One, N.A.)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $715.34 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $8,841.11 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $40,000.00 | $40,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $40,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $40,000.00 | $25,000.00 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0155 - Checking | $40,000.00 | $25,000.00 | $0.00 |
| | $40,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Page Subtotals:    $0.00    $0.00